**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DOLORES SEDACCA, JOHN R. LEWIS, JR.,
and ISRAEL WASSER,

                            Plaintiffs,

               - against -

EDWARD P. MANGANO, individually and as
County Executive of Nassau County, and
COUNTY OF NASSAU,

                            Defendants.
-------------------------------------------------------------X

**ORDER**

CV 12-1921 (DRH) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

       The Court has received Defendants' June 17, 2014 letter motion [DE 44] seeking to withdraw their prior motion for a protective order [DE 41] prohibiting the deposition of County Executive Mangano. In the letter motion, counsel (1) states that the parties have reached a tentative settlement agreement, and (2) requests that discovery be stayed, or, in the alternative that the Court grant a 90-day extension of the current deadlines in the Final Scheduling Order issued on April 29, 2014 [DE 43], which sets the discovery deadline at July 14, 2014. Counsel states that additional time is needed to finalize the settlement agreement. The Court is willing to give the parties some additional time to finalize settlement documents; however, a 90-day extension of discovery is unwarranted in light of the age and status of this case. Therefore, to the extent that Defendants' motion seeks to withdraw the prior motion [DE 41] for a protective order, the motion is GRANTED. To the extent that the motion seeks a stay of discovery or a 90-day extension of the current discovery deadline, the motion is DENIED.

The parties will have until July 31, 2014 to file the required stipulation of discontinuance on ECF. If the stipulation is not filed by that date, the Court is amending the Final Scheduling Order as follows below.

**AMENDED FINAL SCHEDULING ORDER:**

- All discovery completed by: September 12, 2014

- Proposed Joint Pre-Trial Order must be filed on ECF by: November 25, 2014

- <u>Pre-Trial Conference will be held on</u>: December 5, 2014 at 10 a.m.

**SO ORDERED.**

Dated: Central Islip, New York
June 18, 2014

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge