UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DOLORES SEDACCA, JOHN R. LEWIS, JR.
and ISRAEL WASSER,

                *Plaintiffs,*

- against -

EDWARD P. MANGANO, individually and as
County Executive of Nassau County, and
COUNTY OF NASSAU,

                *Defendants.*

------------------------------------------------------------X

Docket No. 2:12-cv-1921
(DRH-AKT)

STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE

S I R S :

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice. This Stipulation may be signed in counterparts, and facsimile signatures are valid and binding. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Mineola, New York
       July 14, 2014

LYNN, GARTNER, DUNNE & COVELLO, LLP

By: _____
Joseph Covello, Esq.
*Attorneys for Plaintiffs*
330 Old Country Road, Suite 103
Mineola, New York 11501
Tel: (516) 742-6200
Fax: (516) 742-5294

COUNTY OF NASSAU

By: _____
David A. Tauster, Esq.
*Attorneys for Defendants*
One West Street
Mineola, New York 11501
Tel. (516) 571-3056
Fax (516) 571-6604